*E-filed 2/15/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWAREWORKS GROUP, INC.,<br><br>　　　　Plaintiff,<br>　v.<br>IHOSTING, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br>IHOSTING, INC., et al.,<br><br>　　　　Counterclaimants,<br>　v.<br>SOFTWAREWORKS GROUP, INC.,<br><br>　　　　Counterdefendant.<br>_____/ | No. C06-04301 HRL<br><br>**ORDER TEMPORARILY STAYING DISCOVERY AND SETTING STATUS CONFERENCE**<br><br>**[Re: Docket Nos. 52, 53]** |

In view of the pendency of the motion of defense counsel to withdraw as well as the apparent impact of the breakdown in communications between defendants and their counsel, the court:

　　a)　temporarily stays discovery, including a stay of responses that may be due to any outstanding discovery; and

//

//

1       b)    sets a status conference (to coincide with the hearing on the motion to withdraw)

2           for March 6, 2007 at 10 AM.

3   SO ORDERED.

5 Dated:    2/15/07

6                                   /s/ Howard R. Lloyd
                                    HOWARD R. LLOYD
7                                   UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**Notice will be electronically mailed to:**

Lael D. Andara   landara@ropers.com, aslanlair@ropers.com; mmcpherson@ropers.com; lkoozmin@ropers.com

Robert P. Andris   randris@ropers.com, lkoozmin@ropers.com; mmcpherson@ropers.com

Robert Lloyd Maines   maines@robertmaineslaw.com, jmills@OMM.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**United States District Court**
For the Northern District of California