*E-filed 3/6/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWAREWORKS GROUP, INC., | No. C06-04301 HRL |
| Plaintiff, | **ORDER MAINTAINING CASE AS E-FILING CASE** |
| v. | |
| IHOSTING, INC., et al., | |
| Defendants. / | |
| IHOSTING, INC., et al., | |
| Counterclaimants, | |
| v. | |
| SOFTWAREWORKS GROUP, INC., | |
| Counterdefendant. / | |

It is hereby ordered that this action remain an e-filing case, despite the presence of a *pro se* party.

IT IS SO ORDERED.

Dated: 3/6/07

        /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

Lael D. Andara landara@ropers.com, aslanlair@ropers.com; mmcpherson@ropers.com; lkoozmin@ropers.com

Robert P. Andris randris@ropers.com, lkoozmin@ropers.com; mmcpherson@ropers.com

Robert Lloyd Maines maines@robertmaineslaw.com, jmills@OMM.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.