United States District Court
For the Northern District of California

*E-FILED 4/5/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWAREWORKS GROUP, INC., | Case No. C06-04301 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE TO DEFENDANTS/ COUNTERCLAIMANTS** |
| v. | |
| IHOSTING, INC., WEBHOSTING PLUS, INC., and MICHAEL KOFMAN, | |
| Defendants. | |
| And Related Cross-Action | |

To: Ihosting, Inc., Webhosting Plus, Inc., and Michael Kofman:

You and each of you are at risk of having (1) your answer to plaintiff's complaint stricken (which would result ultimately in a default judgment against you) and (2) your counterclaim dismissed. The court is contemplating taking these actions because:

(a) The corporate parties can only appear by counsel, and neither has obeyed this court's order of March 6, 2007 to "forthwith" obtain counsel to represent them in this matter;

(b) None of you has contacted the chambers of Magistrate Judge Patricia Trumbull, as you were ordered, to arrange for a settlement conference;

    (c)    None of you has sought an extension of time, responded to, or objected to discovery propounded by plaintiff and the time to do so has passed;

    (d)    Since approximately December 2006 the case file indicates a pattern of inaction on your part which suggests strongly that you no longer intend to participate in this litigation.

Accordingly, in order to show cause why this court should not take the action it contemplates, you are ordered as follows:

    (a)    Counsel for the corporate parties will file a notice of appearance with this court by April 19, 2007;

    (b)    The individual party, Micahel Kofman, will file either a notice of appearance in pro se with complete contact information for himself or a notice of appearance by an attorney on his behalf, by April 19, 2007;

    (c)    Each of you (or attorneys on your behalf) will contact the chambers of Magistrate Judge Trumbull (408-535-5376) to arrange a settlement conference, and advise this court in writing that you have done so by April 19, 2007; and

    (d)    Each of you will either respond to the outstanding discovery directed to you, with a copy of your responses (but not copies of any documents actually produced) submitted to this court by April 19, 2007, or by that same date submit an application to this court explaining fully and in detail how much more time is needed to comply and why you did not attend to it before now.

If you fail to show cause as ordered (or in some other acceptable way signify to this court that you have the intent and means to continue in this litigation) the court will strike your answer to the complaint and dismiss your counterclaim under Federal Rules of Civil Procedure 16(f), 37, and 41.

**IT IS SO ORDERED.**

Dated:  4/5/07                                                      /s/ Howard R. Lloyd  
                                                                     HOWARD R. LLOYD  
                                                                       UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Lael D. Andara landara@ropers.com, aslanlair@ropers.com; mmcpherson@ropers.com; lkoozmin@ropers.com

Robert P. Andris randris@ropers.com, lkoozmin@ropers.com; mmcpherson@ropers.com

Robert Lloyd Maines maines@robertmaineslaw.com, jmills@OMM.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   4/5/07                               /s/ JMM
                                              Chambers of Magistrate Judge Howard R. Lloyd

3