*E-filed 6/22/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWAREWORKS GROUP, INC., | Case No. C06-04301 HRL |
| Plaintiff, | **ORDER VACATING DATES FOR PRETRIAL CONFERENCE AND TRIAL** |
| v. | |
| IHOSTING, INC., WEBHOSTING PLUS, INC., and MICHAEL KOFMAN, | |
| Defendants. | |

In view of the pendency of Plaintiff's Request for Entry of Default and Entry of Default Judgment, the dates previously set for the Pretrial Conference (June 26, 2007) and the Trial (July 2-6, 2007) are VACATED.

**IT IS SO ORDERED.**

Dated: 6/22/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Lael D. Andara landara@ropers.com, aslanlair@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Robert P. Andris randris@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Robert Lloyd Maines maines@robertmaineslaw.com, jmills@OMM.com

**\*Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:  6/22/07            /s/ KRO
                           Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California