*E-filed 9/13/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWAREWORKS GROUP, INC., | Case No. C06-04301 HRL |
| Plaintiff, | **ORDER VACATING HEARING ON MOTION FOR ATTORNEY'S FEES** |
| v. | |
| IHOSTING, INC., WEBHOSTING PLUS, INC., and MICHAEL KOFMAN, | Re: Docket Nos. 77, 78 |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), Plaintiff's motion for award of attorney's fees [Docket No. 77] is deemed appropriate for determination without oral argument. Accordingly, the hearing noticed for September 18, 2007 at 10:00 a.m. in Courtroom 2 is vacated. The matter will be decided on the papers submitted.

Dated:   9/13/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Lael D. Andara landara@ropers.com, aslanlair@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Robert P. Andris randris@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

Robert Lloyd Maines maines@robertmaineslaw.net, jmills@OMM.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   9/13/07                             /s/ KRO
                                             Chambers of Magistrate Judge Howard R. Lloyd

2