*E-filed 10/2/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWAREWORKS GROUP, INC., | Case No. C06-04301 HRL |
| Plaintiff, | **PARTIAL FINAL JUDGMENT ON AWARD OF ATTORNEY'S FEES PURSUANT TO F.R.C.P. 54(b)** |
| v. | |
| IHOSTING, INC., WEBHOSTING PLUS, INC., and MICHAEL KOFMAN, | |
| Defendants. | |

The Partial Final Judgment previously entered noted that reasonable attorney's fees and costs of suit would be added to the Final Judgment amount.  See, Docket No. 79.  The amount of those attorney's fees was recently determined in this court's Order on the Motion for Attorney Fees.  [Docket No. 82].

**JUDGMENT**

Accordingly, this court now issues a Partial Final Judgment on the award of Attorney's Fees pursuant to Federal Rule of Civil Procedure 54(b) against Defendants IHosting, Inc. and WebHosting Plus, Inc., in the amount of $110,000.00.  Although the judgment adjudicates fewer than all of plaintiff's claims against fewer than all of the defendants, the court expressly determines there is no just reason for delay and directs the entry of this partial final judgment.

Dated: 10/2/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**United States District Court**

For the Northern District of California

1   THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2

3   Lael D. Andara      landara@ropers.com, aslanlair@ropers.com, lkoozmin@ropers.com,
    mmcpherson@ropers.com

4

5   Robert P. Andris      randris@ropers.com, lkoozmin@ropers.com, mmcpherson@ropers.com

6   Robert Lloyd Maines      maines@robertmaineslaw.net, jmills@OMM.com

7

8   **Counsel are responsible for transmitting this order to co-counsel who have not signed up
    for e-filing.**

9

10

11  Dated:      10/2/07                              /s/ KRO
                                         Chambers of Magistrate Judge Howard R. Lloyd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28